**STATE OF CALIFORNIA,
Plaintiff–Appellee,**

v.

**AMERICAN STORES CO.; Alpha Beta Acquisition Corp.; Lucky Stores, Inc., Defendants–Appellants.**

**No. 88–6467.**

United States Court of Appeals, Ninth Circuit.

April 18, 1991.

Frank Rothman, Skadden, Arps, Slate, Meagher & Flom, Los Angeles, Cal., for defendants-appellants.

H. Chester Horn, Jr., Deputy Atty. Gen., Los Angeles, Cal., for plaintiff-appellee.

Before WALLACE, Chief Judge, and POOLE and O'SCANNLAIN, Circuit Judges.

ORDER

The mandate of the United States Supreme Court certified on May 30, 1990, in *California v. American Stores Co.*, —— U.S. ——, 110 S.Ct. 1853, 109 L.Ed.2d 240,

reversed part of the judgment of this court. Accordingly, we vacate part V of our opinion at 872 F.2d 837, 844–46 (9th Cir.1989), and remand to the district court for further proceedings which are consistent with the opinion of the Supreme Court, and parts I through IV and part VI of our opinion.